No. 77–6910. Donoho v. United States. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his memorandum filed September 5, 1978. Mr. Justice Rehnquist dissents.

No. 77–6912. Miller v. Kentucky. Sup. Ct. Ky. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Taylor* v. *Kentucky,* 436 U. S. 478 (1978).

No. 77–7002. Adams v. Ohio. Sup. Ct. Ohio. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated insofar as it leaves undisturbed the death penalty imposed, and case is remanded for further proceedings. See *Lockett* v. *Ohio,* 438 U. S. 586 (1978).

No. 78–87. Environmental Defense Fund, Inc., et al. v. East Bay Municipal Utility District et al. Sup. Ct. Cal. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *California* v. *United States,* 438 U. S. 645 (1978).

No. 78–5008. Nabozny v. Ohio. Sup. Ct. Ohio. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated insofar as it leaves undisturbed the death penalty imposed, and case is remanded for further proceedings. See *Lockett* v. *Ohio,* 438 U. S. 586 (1978).